## (March 26, 1973)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELLIS RAY McCLARIN, Petitioner, v. JOSEPH WASSER, as Sheriff of Sullivan County, New York, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for writ of habeas corpus denied for failure of compliance with article 70 of the CPLR and more particularly with the provisions of 7002 (subd. [c]) thereof,

In the interests of justice, petition transferred to Supreme Court, Special Term, County of Sullivan, for consideration as a petition pursuant to CPLR, article 78. Greenblott, J. P., Cooke, Sweeney, Kane and Main, JJ., concur.